Lawrence CRAWFORD, Plaintiff—Appellant,

v.

ATTORNEY GENERAL'S OFFICE OF SOUTH CAROLINA; John Meadors; W. Barney Giese; Ronald W. Moak; Joel Sexton, Dr.; Janice E. Ross, Defendants—Appellees.

No. 07–6056.

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2007.

Decided: April 25, 2007.

Lawrence Crawford, Appellant Pro Se.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Crawford appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Crawford v. Att'y Gen.'s Office of SC,* No. 0:06–cv–00908–TLW (D.S.C. Dec. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*